DANIEL H. BRUNNER
CHAPTER 13 TRUSTEE
P.O. Box 1513
Spokane, WA 99210-1513
(509) 747-8481

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In Re:
Duncan, Jon R and
Duncan, Gina L

Case No. 06-02712-PCW13

Debtors

TENDER OF UNCLAIMED FUNDS

TO: The Clerk of the U.S. Bankruptcy Court, Eastern District of Washington

There is tendered herewith, the sum $30.77, BEING MONIES WHICH ARE UNCLAIMED in this case. The claimant entitled to these funds is as follows:

| Claim # | Claimant | Amount |
|---|---|---|
| 23 | Spokane Imaging<br>801 W 5th #205<br>Spokane, WA 99204 | $30.77 |

Dated: May 03, 2011

_____
DANIEL H. BRUNNER, Chapter 13 Trustee

Receipt 4876078    5-10-11    $30.77